Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

Civil Division

|  |  |
|---|---|
| RABBI JORGE A. BAR-LEVY | Case No. 5:23.cv.527-BJD-PRL |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)*   ☒ Yes   ☐ No |
| **-v-** | |
| GOOGLE LLC, D/B/A YOUTUBE YOUTUBE CHANNEL @PAWASTANEWS NELSON GOMEZ A.K.A. PAWASTA NTC TELEVISION D/B/A NOTICIAS UNO | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

### I.     The Parties to This Complaint

**A.     The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | RABBI JORGE A. BAR-LEVY |
| Street Address | 11432 N. WILLIAM STREET SUITE 3371 |
| City and County | DUNNELLON, MARION COUNTY |
| State and Zip Code | FL, 34432 |
| Telephone Number | 352-877-5555 |
| E-mail Address | jbar@ardla.org |

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

| | |
|---|---|
| Name | GOOGLE LLC, D/B/A YOUTUBE |
| Job or Title *(if known)* | |
| Street Address | 901 CHERRY AVENUE |
| City and County | SAN BRUNO, SAN MATEO COUNTY |
| State and Zip Code | CA, 94066 |
| Telephone Number | FAX 650-253-0001 |
| E-mail Address *(if known)* | |

**Defendant No. 2**

| | |
|---|---|
| Name | YOUTUBE CHANNEL : @PAWASTANEWS |
| Job or Title *(if known)* | |
| Street Address | 901 CHERRY AVENUE |
| City and County | SAN BRUNO, SAN MATEO COUNTY |
| State and Zip Code | CA, 94066 |
| Telephone Number | FAX 650-253-0001 |
| E-mail Address *(if known)* | |

**Defendant No. 3**

| | |
|---|---|
| Name | NELSON GOMEZ A.KA. PAWASTA |
| Job or Title *(if known)* | YOUTUBE CHANNEL @PAWASTANEWS |
| Street Address | 901 CHERRY AVENUE |
| City and County | SAN BRUNO, SAN MATEO COUNTY |
| State and Zip Code | CA, 94066 |
| Telephone Number | FAX 650-253-0001 |
| E-mail Address *(if known)* | |

**Defendant No. 4**

| | |
|---|---|
| Name | NTC N. D. TELEVISION SANTCSA D/B/A NOTICIAS UNO |
| Job or Title *(if known)* | |
| Street Address | CALLE 26 85 D 55 LC 107 |
| City and County | BOGOTA, DC |
| State and Zip Code | COLOMBIA |
| Telephone Number | 011-57-601-4107236 |
| E-mail Address *(if known)* | NTCADMON@NOTICIASUNO.COM |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

   a.   If the plaintiff is an individual
   The plaintiff, *(name)*   RABBI JORGE A. BAR-LEVY   , is a citizen of the
   State of *(name)*   FLORIDA   .

   b.   If the plaintiff is a corporation
   The plaintiff, *(name)*   , is incorporated
   under the laws of the State of *(name)*   .
   and has its principal place of business in the State of *(name)*
   .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

   a.   If the defendant is an individual
   The defendant, *(name)*   GOOGLE LLC, D/B/A YOUTUBE   , is a citizen of
   the State of *(name)*   CALIFORNIA   . Or is a citizen of
   *(foreign nation)*

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.      If the defendant is a corporation

            The defendant,  *(name)* _____ , is incorporated under

            the laws of the State of *(name)* _____ , and has its

            principal place of business in the State of *(name)* _____ .

            Or is incorporated under the laws of *(foreign nation)* _____ ,

            and has its principal place of business in *(name)* _____ .

            *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.      The Amount in Controversy

            The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

            10,000,000.00

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

The Defendants confederated and conspired with each other through the YouTube Platform to launch an anti-semitic campaign with the intentions of causing physical harm to the Plaintiff by publicly accusing the Plaintiff of being a pedophile, rapist, and kidnapper when the truth is that Plaintiff has never been accused, tried or convicted of these charges.

Plaintiff has contacted several times all defendants requesting the information removed and defendants have failed to remove it in reckless disregard that the information its alarming the public and plaintiff has been threatened and injured by the contents diseminated to millionsof people by the defendants.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. Plaintiff while in the United States Army has been a Confidential Source for the Drug Enforcement Administration (DEA) since 1997, when he began working for DEA Philadelphia Group's 4 Special Agents Marie Piker and Nick Colant and has been required in the past to pose several times as someone involved in certain situations which has caused his information to be on the media. Most of this information are false, please find criminal history certificates from Haiti, Dominican Republic, United States and El Salvador which shows that Plaintiff lacks a criminal record in these Jurisdictions and Foreign Countries.

2. On or about October 28, 2011, Defendant NTC N. De Television SANTCSA D/B/A Noticias Uno broadcasted on Television and Posted a Video stating that Plaintiff was not Jewish, Kidnapped 33 Haitian Children amongst other lies and was not a United States Citizen or Dominican Citizen and that he was a Salvadoran National wanted for a sexcrime. Since about October 28, 2011, Plaintiff has contacted Defendant NTC and YouTube reporting this video and requesting its amendment and or removal and defendant NTC without allowing Plaintiff to show proof has cursed plaintiff and denied the removal. The Same with Defendant YouTube.

3. Since September 7, 2022, Defendant YouTube Channel: @PAWASTA NEWS, NELSON GOMEZ A.K.A. PAWASTA, started harassing, stalking, extorting and threatening Plaintiff by posting YouTube video claiming that Plaintiff was a SEXUAL PREDATOR AND A PEDOPHILE when the truth is that Plaintiff has never been tried, sentence or convicted of any crimes denounced by Defendant. The first video that started this harassment is under this link. https://www.youtube.com/watch?v=9e4rahiqQpM



INSÓLITO Salvador Nasralla y DEPREDADOR S3XU4L Trabajaran con "Detective" Angel...

4. The actions by all of the Defendants have alarmed millions of people which in turn are harassing, chasing, threatening and ridiculing the Plaintiff in this case.

Since the actions by the defendants has caused mental injuries, loss of income and other damages, Plaintiff prays that this Honorable Court send this case to trial by jury to obtain exemplary, punitive and actual damages for 10,000,000.00 as reparation for their wrong doing.

Defendant Claims that I am not a Rabbi.

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          08/17/2023

Signature of Plaintiff

Printed Name of Plaintiff     Rabbi Jorge A. Bar-Levy

### B.     For Attorneys

Date of signing:     8-17 2023

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address     PO Box 3371
State and Zip Code     Dunnellon FL 34430
Telephone Number     352-877 5555
E-mail Address     jbar@avdla.org





## Pawasta News @pawastanews

| UPLOADS | SUBSCRIBERS | VIDEO VIEWS | COUNTRY | CHANNEL TYPE | USER CREATED |
|---------|-------------|-------------|---------|--------------|--------------|
| 314 | 81.1K | 15,253,817 | HN | Entertainment | Jan 30th, 2019 |

User Summary | Future Projections | Detailed Statistics | Featured Box | Similar Channels | User Videos | Live Subscriber Count | Achievements

**USERS RECENT VIDEO**



### B-
TOTAL GRADE

| 698,309th | 2,580th | 618,288th | 83rd | 2,113th |
|-----------|---------|-----------|------|---------|
| SOCIAL BLADE RANK | SUBSCRIBER RANK | VIDEO VIEWS RANK | COUNTRY RANK = | ENTERTAINMENT RANK |

| 700 ▲0.0% | $26 - $415 | 103.762K ▼45.6% |
|-----------|------------|------------------|
| SUBSCRIBERS FOR THE LAST 30 DAYS | ESTIMATED MONTHLY EARNINGS | VIDEO VIEWS FOR THE LAST 30 DAYS |



$311 - $5K
ESTIMATED YEARLY EARNINGS



| TOTAL SUBSCRIBERS (WEEKLY) | | TOTAL VIDEO VIEWS (WEEKLY) |
|---|---|---|

**YOUTUBE STATS SUMMARY / USER STATISTICS FOR PAWASTA NEWS (2023-08-04 - 2023-08-17)**

| DATE | | SUBSCRIBERS | VIDEO VIEWS | | ESTIMATED EARNINGS |
|------|------|-------------|-------------|--|--------------------|
| 2023-08-04 | Fri | +200 | +25,059 | 15,184,692 | $6 - $100 |
| 2023-08-05 | Sat | | +10,828 | 15,195,520 | $3 - $43 |
| 2023-08-06 | Sun | | +5,930 | 15,201,450 | $1 - $24 |
| 2023-08-07 | Mon | | +4,193 | 15,205,643 | $1 - $17 |

**FEATURED VIDEO**





| | 2023-08-08 | Tue | | 80.8K | | +3,399 | 15,209,042 | | $0.85 - $14 | | | |
| | | | | | | | | | | 2023-08-09 | Wed |
| | | 80.8K | | -2,304 | 15,206,738 | | | $0.58 - $9 | | 2023-08-10 | Thu |
| | | 80.8K | | +2,158 | 15,208,896 | | | $0.54 - $9 | | 2023-08-11 | Fri |
| +100 | | 80.9K | | +3,051 | 15,211,947 | | | $0.76 - $12 | | 2023-08-12 | Sat |
| +100 | | 81K | | +17,148 | 15,229,095 | | | $4 - $69 | | 2023-08-13 | Sun |
| | | 81K | | +10,378 | 15,239,473 | | | $3 - $42 | | 2023-08-14 | Mon |
| | | 81K | | +5,285 | 15,244,758 | | | $1 - $21 | | 2023-08-15 | Tue |
| +100 | | 81.1K | | +3,694 | 15,248,452 | | | $0.92 - $15 | | 2023-08-16 | Wed |
| | | 81.1K | | +2,600 | 15,251,052 | | | $0.65 - $10 | | 2023-08-17 | Thu |
| | | 81.1K ⦿ LIVE | | +2,765 | 15,253,817 | | | $0.69 - $11 | | Daily Averages ⦉ |
| +24 | | | | +3,459 | | | | $0.86 - $14 ⓘ | | Weekly Averages ⦉ |
| +168 | | | | +24,231 | | | | $6 - $97 ⓘ | | Last 30 Days ⦉ |
| +700 | | | | +103,762 | | | | $26 - $415 ⓘ | | |

See Full Monthly Statistics




Share on Facebook   Tweet This

**YOUTUBE ANALYTICAL HISTORY FOR PAWASTA NEWS**

Monthly Gained Video Views for 'Pawasta News'

Monthly Gained Subscribers for 'Pawasta News'

https://socialblade.com/youtube/channel/UCL9OSstEPJ5FWcwXlEilWtw

8/17/23, 11:13 AM
Page 2 of 3





INSÓLITO Salvador Nasralla y DEPREDADOR
S3XU4L Trabajaran con "Detective" Angel...






- Home
- Shorts
- Subscriptions

- Library
- History
- Watch later
- Liked videos

Subscriptions
- MrBeast
- PARTIDO REPUBLI...
- Browse channels

Explore
- Trending
- Shopping
- Music
- Sports






¡Indignante como ntras el pueblo...
1:18:53

¡MEL ZELAYA dispuesto a todo para salvar a su Hermano de la DEA! // Descubra a que...
1:22:51
46K views • Streamed 1 month ago

Perro Amarillo en la cuerda Floja por Lenguon / ¡Capitan Santos LIBRE! / BUKEL...
1:36:57
33K views • Streamed 2 months ago

¡INCREIBLE Diputado Hond Mel Zelaya con Jesucristo!
14K views • Streamed 2 month






CTIVOS estan ocio de JOH y Mel...
1:22:19

Ahuevados nuevamente "Periodistas" opositores a BUKELE 😈 ya no saben ni qu...
1:07:26
15K views • Streamed 3 months ago

Mencionan a JOH en documental de Dueño de Facebook!
23:46
16K views • Streamed 4 months ago

¡SN NO APRENDE! y arrast PEOR /Libres se trampan M
18K views • Streamed 5 month






PATETICO

¿Salió del closet Mel?

SE BAJARON EL CANASTO!   Eliminaremos la clase media

Dueño de 3 POD



...asta News
...staNews   81.1K subscribers   314 videos
...i si usted no idolatra politicos bienvenid@ le encantara el contenido  >



YouTube Premium

Get YouTube without the ads

1 month free

LIVE   PLAYLISTS   COMMUNITY   CHANNELS   ABOUT



 Home

   

Shorts

 Subscriptions

 Library

History

Watch later

Liked videos

Subscriptions

 MrBeast

PARTIDO REPUBLI...

Browse channels

Explore

Trending

Shopping

Music

Sports


...ra Corte Suprema ...erdemos" La Corte...
...ths ago

 
Redondo Furioso por denuncia ARREMETE contra PSH y Pawasta News / Argueta tien...
28K views • Streamed 6 months ago

Nasralla DESTRUYE TOTALMENTE a Mel Zelaya Aliado de Carlos Flores/ Bukele...
29K views • Streamed 6 months ago

VIDEO: Se ponen a RIATA e empleados del gobierno ju...
41K views • Streamed 6 month


...s Arremeten contra ...y Xiomara (Mel)...
...ths ago


BUKELE suelta tremendo BOMBAZO que deja muy mal a Mel y Xiomara / Chapines...
153K views • Streamed 6 months ago


BOLO protegido de Mel Zelaya se pelea con PRO HN por Cesar Silva /Shin Fujiyama...
31K views • Streamed 6 months ago


ALERTA!! 220 Millones sol seguridad de XIOMEL 😨 Y
22K views • Streamed 7 month









...asta News
...staNews  81.1K subscribers  314 videos
...i si usted no idolatra politicos bienvenid@ le encantara el contenido  ›

LIVE      PLAYLISTS      COMMUNITY      CHANNELS      ABOUT


YouTube Premium

Get YouTube without the ads

1 month free







- Home
- Shorts
- Subscriptions

- Library
- History
- Watch later
- Liked videos

Subscriptions
- MrBeast
- PARTIDO REPUBLI...
- Browse channels

Explore
- Trending
- Shopping
- Music
- Sports

erto su plan...

...ths ago

gobierno por Mel , USA y Banqueros/...

26K views · Streamed 8 months ago

por 3500 pruebas y 10 años de evidencia,...

38K views · Streamed 9 months ago

hasta Delay se lavó las ma...

51K views · Streamed 9 month...



...propia hija para
...O o complicidad? .....

...ths ago



¡Mel y Xiomara le dan tremenda
PESCOZADA al Coyote Amarillo y sigue...

54K views · Streamed 9 months ago



¡ABANDONADOS los que mantienen
Honduras! / Participación de Juan Flores...

22K views · Streamed 10 months ago



Nasralla Desata su Furia!!
maltrato / F3ministas Arre...

36K views · Streamed 11 mont...



...sto 👆 ocasiono la
...r Nasralla y Mel...



JOH dando Ordenes concretas desde la
cárcel / Gabriela Castellanos y Luis Redon...



INSÓLITO Salvador Nasralla y DEPREDADOR
S3XU4L Trabajaran con "Detective" Angel...



Xiomel queda al descubier
alianzas / Diputado de libre...



YouTube Premium

Get YouTube without the ads

1 month free

...asta News

...staNews   81.1K subscribers   314 videos

...i si usted no idolatra politicos bienvenid@ le encantara el contenido ›

LIVE      PLAYLISTS      COMMUNITY      CHANNELS      ABOUT








**REPÚBLICA DOMINICANA**
**PROCURADURÍA GENERAL DE LA REPÚBLICA**



# CERTIFICACIÓN

Certificamos que en el sistema de información de este Ministerio Público **NO EXISTEN ANTECEDENTES PENALES** a nombre de JORGE ANIBAL TORRES PUELLO, Cédula de Identidad y Electoral Número 001-1608371-8, por lo que se expide la presente Certificación.

La presente certificación se expide, firma y sella digitalmente a solicitud de la parte interesada, el día diecisiete  (17) del mes de Octubre del año dos mil veinte y dos  (2022).

**Verifique la autenticidad de la presente certificación ingresando a https://pgr.gob.do, sección servicios, opción consultas, y digite los siguientes códigos de servicios:**

| **CÓDIGO CIS** | **CÓDIGO CAS** |
|---|---|
| 003-2202-9439679-1 | 221017162631329 |

**Acceso directo a consulta escaneando el siguiente código de barra:**



MINISTERIO PÚBLICO
https://portal.servicios.pgr.gob.do/?7M9R-2Q1O-HT7O-U6SX-UPGU-WD4T



7M9R-2Q1O-HT7O-U6SX-UPGU-WD4T



---

**Procuraduría General de la República | Secretaría General**
Ave. Jiménez Moya esq. Juan Ventura Simó, Centro de los Héroes, Santo Domingo, República Dominicana
Tel.: 809-533-3522 Ext. 1125, 133, 2002 | Email: mesadeayuda@pgr.gob.do

[Escudo de armas]



[Foto del titular]



No. ...254

TRIBUNAL DE PRIMERA INSTANCIA
DE PORT-AU-PRINCE

LIBERTAD                    IGUALDAD                    FRATERNIDAD
                    REPÚBLICA DE HAITÍ

[Sello: REGISTRO DE TRIBUNAL DE
PRIMERA INSTANCIA DE PUERTO
PRÍNCIPE– TPI – PUERTO PRÍNCIPE – [Escudo
de armas]]

# CERTIFICADO

El Registro del Tribunal de Primera Instancia de Puerto Príncipe, el suscrito, certifica
después de la investigación realizada en los Archivos de la Secretaría de este Tribunal;
que no existe condena en materia Penal ni Correccional contra:

**C. JORGE ANIBAL TORRES PUELLO**

**Identificado con No.: 001-1608371-8**                    **nacido en Nueva York, EE. UU.**

**el quince de octubre de mil novecientos sesenta y siete**          **(el 15 de octubre de 1977)**

**domiciliado en Santo Domingo. Los Alcarrizos Calle 23 # 18**          **de una relación legítima,**

de Señor GEORGES TORRES y Señora ANA PUELLO   ,

POR TANTO, NO TIENE ANTECEDENTES PENALES DESDE EL 15 AL 17 DE
ENERO DE 2010.

EN FE DE LO CUAL, se le emite este CERTIFICADO para todos los efectos legales.

[Firma]

Courthouse, el 19 de mayo de 2020

Mozart TASSY

Registrador jefe .-

[Sello: CERTIFIED · The Spanish Group · TRANSLATION]

[Sello: REGISTRO DE TRIBUNAL DE
PRIMERA INSTANCIA DE PUERTO
PRINCIPE– TPI – PORT-AU-PRINCE – [Escudo
de armas]]



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
COMMONWEALTH OF PUERTO RICO
**POLICIA DE PUERTO RICO**
POLICE OF PUERTO RICO
**CERTIFICADO NEGATIVO DE ANTECEDENTES PENALES**
CERTIFICATE OF NO PENAL RECORD

Certifico Que: JORGE A TORRES PUELLO
Certify that: JORGE A TORRES PUELLO

Natural de: NEW YORK
Place of birth: NEW YORK

Residente en: San Juan, PUERTO RICO
Resident of: San Juan, PUERTO RICO

Seguro Social: 8383
Social Security: 8383

Fecha de nacimiento: 10/15/1977
Date of birth: 10/15/1977

Num. Solicitud: 8088238
Application num: 8088238

Al momento de realizar el cotejo no aparece con antecedentes penales del Negociado de Expedición de Certificados de Antecedentes Penales de la Policia de Puerto Rico. Esta certificación se expide conforme a la ley 254 del 27 de julio de 1974, según enmendada por la ley 314 del 15 de septiembre de 2004, 34 L.P.R.A. Sección 1725. El cotejo se limita a las sentencias emitidas por lo tribunales del Estado Libre Asociado de Puerto Rico. Este documento excluye información recibida de la jurisdicción federal u otro país, así como convicciones legalmente eliminadas del expediente penal e indultos, si alguno.
**No constituye una identificación de la persona a cuyo nombre se expide.**
**El receptor del documento debe verificar la identidad de la persona concernida.**

At the time of search did not appear with a penal record in the Bureau of Penal Records Certificate Expedition of the Police of Puerto Rico. This certificate is issued in compliance with Public Law 254 of July 27, 1974, as amended by Law 314 of September 15, 2004, 34 L.P.R.A. Section 1725. The search was limited only to the sentences emitted by the Courts of the Commonwealth of Puerto Rico. It excludes information received from federal jurisdiction and other countries, also convictions legally eliminated from penal records or pardons, if any.
**This document does not constitute an idenfication of bearer.**
**The receptor of this document should verify the identity of the person concerned.**

Dado en San Juan Puerto Rico hoy 3/17/2014
Issued in San Juan, Puerto Rico 3/17/2014

Superintendente
Superintendent

A petición de: JORGE A TORRES PUELLO
Requested by: JORGE A TORRES PUELLO

Superintendente Auxiliar en Servicio al Ciudadano
Assistant Superintendent in Citizen Services

Para validar la información contenida en este certificado, favor acceder a:
To validate the information in this certificate, please access the URL:

http://www.pr.gov/validacionelectronica
* Favor de utilizar el núm. de solicitud como código de validación
* Please use the Application number as validation code.

ADVERTENCIA: Cualquier alteración anula esté certificado y constituirá violación al artículo 292 del Código Penal.
WARNING: Any alteration voids this certificate and constitutes a violation of article 292 of the Penal Code.

7:39 PM

6/24/2020                    FDLE Criminal History Information on the Internet: No criminal history based on search criteria



| 1. MY INFORMATION | 2. CRITERIA | 3. CONFIRMATION | 4. PAYMENT | 5. CANDIDATES | 6. RESULTS |

## Confirmation of No Search Results



|              | First | Middle | Last | Suffix | Date of Birth | Age | Race | Sex | S |
|--------------|-------|--------|------|--------|---------------|-----|------|-----|---|
| Name         | JORGE ANIBAL TORRES-PUELLO | | | | 10/15/1977 | | W | M | |
| Maiden/Alias | JORGE ANIBAL PUELLO | | | | - | - | - | - | - |
| Maiden/Alias 2 | | | | | - | - | - | - | - |
| Transaction  | 11719855 | | | | 6/24/2020 4:52:37 PM | | | | |

**FDLE found NO Florida criminal history based on the information provided. No criminal record check was conducted for other states or for the FBI. This record (or statement that there is not a record) is based on a request from a member of the public. This customer used the FDLE Internet system to search for the Florida record. FDLE is providing this to respond to the customer's request.**

⭐ Help understanding these results

| Print Results |     Email Result to: | elzetard@gmail.com |     | New Search |   Home |

7:39 PM



**YPS**

YESHIVA PIRCHEI SHOSHANIM

## <u>Rabbinical Ordination</u>

This is to verify that the esteemed student has diligently studied the depths of Torah by day and night. His treasure is his fear of the Almighty and his good name precedes him like a clear bright light. Therefore, he is fitting to have the title:

*Rabbi Jorge A. Bar-Levy*

He has learned and reviewed the laws of Kashrus, and Ta'aruvos. He included in his learning the Tur, Shulchan Aruch, Rama, and the many commentaries that illuminate Halacha.

He is G-d fearing beyond his wisdom, and he is crowned with humility and proper character.

May it be Your Will, Hashem, to give success to his hands and raise him higher and higher in the world of Torah and Heavenly Fear. May he be blessed to instruct others on the Torah-true path of life. May his name go forth like the sages of old, Amen.

This Ordination is given on condition that the above student continues in the way of Hashem & periodically reviews in order not to forget the profundity of each lesson learned.

Given on date: February 1st, 2019

**Rabbi Yosef Todd**
**Yeshiva Pirchei Shoshanim**

 **Rabbinical Court**
New York



בית דין צדק
ניו יורק

**7103 Main Street Flushing** NY 11367 − 347−418−6691

Rabbi Eliyahu Ben-Chaim, Chairman

Date: 10/13/2022

# To Whom It May Concern

The Rabbinical Court of Queens NY agrees and certifies the Giur Le Chumra of Yoram Jorge A. Bar-Levy by the Rabbinical Court of Badatz of Lakewood, N.J. which took place on Sunday, 26th of the month of Sivan, 5781.

The Giur Le Chumra was conducted by the honorable judges/rabbis: Rabbi Yisrael Knopfler, Rabbi Aaron Lankry son of Rabbi Shlomo Lankry and Rabbi Yitzchak Luria.

Sincerely,

Rabbi Eliyahu Ben Haim
Chief Rabbi Rabbinical Court of Queens

 

# בית דין צדק
## דליקוואוד

**BADATZ**
RABBINICAL COURT

*Tel:* 732.886.9007 ❖ *Fax:* 732.719.5149 ❖ *Email:* info@thebadatz.com
*Main Office:* 1007A Central Ave. Lakewood, NJ 08701 :משרד
*Brooklyn Office:* 2015 60th Street, Brooklyn, NY 11204 :משרד
בס"ד

# מעשה בית דין

במותב תלתא כחדא הוינא ואתא קדמונא האיש Jorge Bar-Levy ואע"פ שהוחזק

ישראל גמור מז"מ אחרי שאנשי בליעל ערערו על יהדותו, חפץ לעבור תהליך גיור

לחומרא, ואחרי שקבל על עצמו בפנינו כל מצוות התורה ודרבנן ומנהגי ישראל

והוטף ממנו דם ברית וטבל לשם גירות בפנינו, במקוה כשרה ביום, ככל משפט

הגרות וחוקתה, הרי הוא ישראל גמור לכל דבר ונקרא שמו בישראל **יורם למשפחת**

**בר-לוי** והרי הוא ישראל גמור לכל דבר.

נעשה ביום ראשון בשבת ששה ועשרים יום לחדש סיון שנת חמשת אלפים ושבע

מאות ושמנים ואחד למנין שאנו מונים כאן בעיר ליקבוד שבמדינת נוא דזשערזי

# ו ה כ ל   ש ר י ר   ו ק י ם.

נאום _____ דיין

נאום _____ דיין

נאום _____ דיין